GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for B.R. Summerlin Property, LLC

E-Filed 1|19|11

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>B.R. SUMMERLIN PROPERTY, LLC<br><br>       Debtor. | Case No.: BK-S-11-10148-MKN<br>Chapter 11<br><br>Date:<br>Time: |

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

☐ Voluntary Petition (specify reason for amendment): _____
☒ Summary of Schedules
☒ Schedule A – Real Property
☒ Schedule B – Personal Property
☒ Schedule C – Property Claimed as Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required.**
    ☐ Add/change address of already listed creditor – **no fee**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☒ Schedule H – Codebtors
☒ Schedule I – Current Income of Individual Debtor(s)
☒ Schedule J – Current Expenditures of Individual Debtor(s)
☒ Declaration Regarding Schedules
☒ Statement of Financial Affairs and/or Declaration
☐ Chapter 7 Individual Debtor's Statement of Intention
☒ Disclosure of Compensation of Attorney for Debtor
☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
☐ Certificate of Credit Counseling
☒ Other: List of Equity Security Holders and Corporate Ownership Statement

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102638-002/1119196.doc

1

Amendment of debtors(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov.

2

3

DATED: January 19, 2011.

4

5

_____
GERALD M. GORDON, ESQ.

6

GREGORY E. GARMAN, ESQ.
GABRIELLE A. HAMM, ESQ.

7

Attorneys for Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

2

102638-002/1119196.doc

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **B.R. Summerlin Property, LLC**

Debtor

Case No. _11-10148-MKN_

Chapter ___11___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 22,000,000.00 | | |
| B - Personal Property | Yes | 3 | 1,066,150.62 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,928,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 486,103.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 23,066,150.62 | | |
| Total Liabilities | | | | 15,414,103.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **B.R. Summerlin Property, LLC**                    Case No. _11-10148-MKN_

                                          Debtor

                                          Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **B.R. Summerlin Property, LLC**                              Case No.   _11-10148-MKN_
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property commonly known as The Heights of Summerlin, 10550 Park Run Drive, Las Vegas, Nevada, APN 137-36-413-005** | | - | 22,000,000.00 | 14,928,000.00 |

| | | |
|---|---|---|
| Sub-Total > | 22,000,000.00 | (Total of this page) |
| Total > | 22,000,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **B.R. Summerlin Property, LLC**                              Case No. _11- 10148-MKN_
                                                    ,
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo XXXXXX5382 21108 Ventura Boulevard Woodland Hills, CA** | - | 2,150.62 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 2,150.62 |
|---|---|---|
|  | (Total of this page) |  |

_2_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **B.R. Summerlin Property, LLC**                                Case No. _11-10148-MKN_
                                                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **B.R. Summerlin Property, LLC**
_____,    Case No. _11- 10148- MKN_
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibits B-1 and B-2 attached hereto | - | 1,064,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | proceeds resulting from the litigation entitled B.R. Summerlin Property, LLC vs. Vestin Fund I, LLC, Vesting Mortgage Inc., et al., Eighth Judicial District Court, District of Nevada, Case No. A513586 | - | Unknown |

|  | Sub-Total > | 1,064,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,066,150.62 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B.R. Summerlin Property, LLC
Exhibit B-1

| Furniture/equipment inventory | | | |
|---|---|---|---|
| | | | |
| Date | Location | Room #/Name | Item/description |
| 5/28/2009 | Vestibule | Outdoors | 2 loveseat, wrought iron |
| 5/28/2009 | Reception/lobby | Administrator office | 1 desk |
| | | | 1 drawer center trasitional |
| | | | 1 chair executive |
| | | | 1 credenza |
| | | | 1 table |
| | | | 1 lamp accent |
| | | | 1 lamp table |
| | | | 1 lamp desk |
| | | | 2 chairs |
| | | | 1 file |
| 5/28/2009 | Reception/lobby | waiting area | 2 benches |
| | | | 4 lounge chairs |
| | | | 1 round tablle |
| | | | 1 table console |
| | | | 1 lamp |
| 5/28/2009 | Reception/lobby | admission office | 1 chair |
| | | | 1 desk |
| | | | 1 drawer center trasitional |
| | | | 1 chair, conference |
| | | | 1 credenza |
| 5/28/2009 | Reception/lobby | sales office | 1 file |
| | | | 2 chairs |
| | | | 1 table |
| | | | 1 desk lamp |
| | | | 1 lamp, table |
| | | | 1 lamp, accent |
| 5/28/2009 | Reception/lobby | D.O.C.R office | 1 desk |
| | | | 1 chair |
| | | | 1 file |
| | | | 2 chairs, occasional |
| | | | 1 lamp, accent |
| | | | 1 lamp, desk |
| 5/28/2009 | Reception/lobby | Manager's Office | 1 desk |
| | | | 1 chair |
| | | | 1 credenza |
| | | | 1 file lateral |
| | | | 1 chair, occasional |
| | | | 1 table |
| | | | 1 lamp, desk |
| | | | 1 lamp, accent |
| | | | 1 lamp, table |
| | | | 1 drawer center trasitional |
| 5/28/2009 | Reception/lobby | Corridor | 1 bench |
| | | | 2 desks |
| | | | 2 files |
| | | | 2 chairs |
| 5/28/2009 | Reception/lobby | living room | 1 loveseat |

1/4

B.R. Summerlin Property, LLC
Exhibit B-1

| Date | Location | Room #/Name | Item/description |
|---|---|---|---|
| | | | 1 ottoman |
| | | | 1 table console |
| | | | 2 table, ends |
| | | | 3 table, round |
| | | | 1 bookcase |
| | | | 4 tables tops dining with bases |
| | | | 12 arm chairs |
| | | | 4 lamps |
| | | | 12 chairs |
| 5/28/2009 | Reception/lobby | Accounting | 1 desk |
| 5/28/2009 | | Town Mall | 2 loveseats |
| | | | 1 ottoman |
| | | | 2 tables |
| | | | 2 regular chairs |
| 5/28/2009 | | town mall covered porch | 1 table |
| | | | 3 charis |
| 5/28/2009 | | sc manager | 1 desk |
| | | | 1 file |
| | | | 2 chairs |
| | | | 1 executive chair |
| | | | 1 desk lamp |
| 5/28/2009 | | sc office | 1 desk |
| | | | 1 drawer center trasitional |
| | | | 1 file |
| | | | 2 chairs |
| | | | 1 executive chair |
| | | | 1 desk lamp |
| 5/28/2009 | First Floor | Wellness Center | 2 chairs |
| | | | 1 table |
| 5/28/2009 | First Floor | living room | 2 loveseats |
| | | | 2 chairs |
| | | | 1 table |
| | | | 3 transitional tables |
| | | | 1 wall unit |
| | | | 2 table lamps |
| 5/28/2009 | | arts and crafts | 1 desk |
| | | | 1 cabinet |
| | | | 2 bookcases |
| | | | 1 folding table |
| | | | 1 chair |
| | | | 9 armless chairs |
| | | | 1 end table |
| | | | 2 rockers |
| | | | 1 table dining |
| | | | 3 chairs dining |
| 5/28/2009 | | dining | 2 table tops |
| | | | 2 table bases |
| | | | 6 chairs dining |
| 5/28/2009 | | sc living | 2 loveseats |
| | | | 2 chairs |
| | | | 4 tables |

B.R. Summerlin Property, LLC
Exhibit B-1

| Date | Location | Room #/Name | Item/description |
|------|----------|-------------|------------------|
| | | | 2 table lamps |
| | | | 1 wall unit |
| 5/28/2009 | | Medical Records | 1 desk |
| | | | 1 chair |
| | | | 1 guest chair |
| | | | 1 file |
| 5/28/2009 | | DON | 1 desk |
| | | | 1 file |
| | | | 2 chairs |
| 5/28/2009 | | Nurses Station | 2 chairs |
| 5/28/2009 | | Employee Lounge | 3 table tops |
| | | | 3 table bases |
| | | | 12 stacking chairs |
| 5/28/2009 | | Physical Therapy | 1 table |
| | | | 1 footstool |
| | | | 1 stool |
| | | | 1 table mat |
| | | | 1 floor mat |
| | | | 1 bars parallel |
| | | | 1 staircase |
| | | | 3 chairs |
| | | | 1 file |
| 5/28/2009 | | Activites | 1 desk |
| | | | 1 cabinet |
| | | | 3 chairs |
| 5/28/2009 | | Activites Covered Porch | 1 table |
| | | | 3 chairs |
| 5/28/2009 | | Dining Room | 1 buffet |
| | | | 1 hutch |
| | | | 23 table tops |
| | | | 23 table bases |
| | | | 69 arm chairs |
| 5/28/2009 | | Private Dining | 1 table |
| | | | 1 sideboard |
| 5/28/2009 | | Dining | 1 buffet |
| | | | 1 hutch |
| | | | 13 table top |
| | | | 8 table bases |
| | | | 26 chair |
| 5/28/2009 | | Dining Covered Porch | 1 table |
| | | | 3 chairs |
| 5/28/2009 | | Activity Room | 1 loveseat |
| | | | 2 lounge chairs |
| | | | 3 tables |
| | | | 1 entertainment unit |
| | | | 2 table tops |
| | | | 2 base tables |
| | | | 6 chairs |
| | | | 1 table lamp |
| | | | 1 accent lamp |
| 5/28/2009 | | Patio | 1 vestibule |

3/4

B.R. Summerlin Property, LLC
Exhibit B-1

| Date | Location | Room #/Name | Item/description |
|---|---|---|---|
| 5/28/2009 | | Social Services | 1 desk |
| | | | 1 file |
| | | | 1 executive chair |
| | | | 2 chairs |
| | | | 1 desk lamp |
| 5/28/2009 | | Staff Development | 1 desk |
| | | | 1 file |
| | | | 1 chair |
| | | | 1 chair transitional |
| | | | 1 desk lamp |
| 5/28/2009 | | Office | 1 desk |
| | | | 1 file |
| | | | 1 chair |
| | | | 2 chair occasional |
| | | | 1 desk lamp |
| 5/28/2009 | | Skilled Dining Area | 2 table tops |
| | | | 2 base tables |
| | | | 4 chairs |
| 5/28/2009 | | Nurses Station | 2 chairs |
| 5/28/2009 | | Skilled Multi Purpose Room | 1 loveseat |
| | | | 2 lounge chairs |
| | | | 2 tables |
| | | | 1 entertainment unit |
| | | | 2 table lamps |
| 5/28/2009 | | Skilled Dining Area | 2 table tops |
| | | | 2 base tables |
| | | | 4 chairs |
| 5/28/2009 | | Nurses Station | 2 chairs |
| 5/28/2009 | | beauty shop/barber | 2 chairs |
| | | | 2 dryer chairs |
| | | | 1 dryer mobile |
| | | | 1 manicure table |
| | | | 2 chairs |
| | | | 1 table |
| | | | 1 stool |
| 5/28/2209 | | kitchen office | 1 chair |
| | | | 1 guest chair |
| 5/28/2009 | | resident rooms | cubicle curtain package |
| | | | bed |
| | | | table |
| | | | chair |
| | | | lamp |

B.R. Summerlin Property, LLC
Exhibit B-2

| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
|---|---|---|---|---|---|---|---|
| 101 | | 1 | 1 | 1 | | | |
| 102 | | 2 | 2 | 2 | | | |
| 103 | | 2 | 2 | 2 | | | |
| 104 | | 2 | 2 | 2 | | | |
| 105 | | 2 | 2 | 2 | | | |
| 106 | | 2 | 2 | 2 | | | |
| 107 | | 2 | 2 | 2 | | | |
| 108 | | 2 | 2 | 2 | | | |
| 109 | | 2 | 2 | 2 | | | |
| 110 | | 1 | 1 | 1 | | | |
| 111 | | 2 | 2 | 2 | | | |
| 112 | | 2 | 2 | 2 | | | |
| 113 | | 2 | 2 | 2 | | | |
| 114 | | 2 | 2 | 2 | | | |
| 115 | | 2 | 2 | 2 | | | |
| 116 | | 2 | 2 | 2 | | | |
| 117 | | 1 | 1 | 1 | | | |
| 118 | | 1 | 1 | 1 | | | |
| 119 | | 2 | 2 | 2 | | | |
| 120 | | 2 | 2 | 2 | | | |
| 121 | | 2 | 2 | 2 | | | |
| 122 | | 2 | 2 | 2 | | | |
| 123 | | 2 | 2 | 2 | | | |
| 124 | | 2 | 2 | 2 | | | |
| Commonarea | | | | | | | Entertainment center, TV, 2 tables 10 chairs |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
| 201 | | | 1 | 1 | | | |
| 202 | | | 2 | 2 | | | |
| 203 | | | 2 | 2 | | | |
| 204 | | | 2 | 2 | | | |
| 205 | | | 2 | 2 | | | |
| 206 | | | 2 | 2 | | | |
| 207 | | | 2 | 2 | | | |
| 208 | | | 2 | 2 | | | |
| 209 | | | 2 | 2 | | | |
| 210 | | | 1 | 1 | | | |
| 211 | | | 2 | 2 | | | |

B.R. Summerlin Property, LLC
Exhibit B-2

| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
|---|---|---|---|---|---|---|---|
| 212 | | | 2 | 2 | | | |
| 213 | | | 2 | 2 | | | |
| 214 | | | 2 | 2 | | | |
| 215 | | | 2 | 2 | | | |
| 216 | | | 2 | 2 | | | |
| 217 | | | 2 | 2 | | | |
| 218 | | | 2 | 2 | | | |
| 219 | | | 2 | 2 | | | |
| 220 | | | 1 | 1 | | | |
| 221 | | | 1 | 1 | | | |
| 222 | | | 2 | 2 | | | |
| 223 | | | 2 | 2 | | | |
| 224 | | | 2 | 2 | | | |
| 225 | | | 2 | 2 | | | |
| 226 | | | 2 | 2 | | | |
| 227 | | | 2 | 2 | | | |
| | | | | | | | Enertainment center, TV, 3 tables, 10 chairs |

| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
|---|---|---|---|---|---|---|---|
| 301 | 1 | | 1 | 1 | | | 1 TV |
| 302 | 2 | | 2 | 2 | | | 1 TV |
| 303 | 2 | | 2 | 2 | | | 1 TV |
| 304 | 2 | | 2 | 2 | | | 2 TV |
| 305 | 2 | | 2 | 2 | | | 2 TV |
| 306 | 2 | | 2 | 2 | | | 2 TV |
| 307 | 2 | | 2 | 2 | | | 2 TV |
| 308 | 2 | | 2 | 2 | | | 1 TV |
| 309 | 2 | | 2 | | | | 1 TV |
| 310 | 1 | | 1 | 1 | | | 1 TV |
| no 311 | | | | | | | |
| 312 | 2 | | 2 | 2 | | | 2 TV |
| 313 | 2 | | 2 | 2 | | | 2 TV |
| 314 | 2 | | 2 | 2 | | | 2 TV |
| 315 | 1 | | 1 | 1 | | | 1 TV |
| 316 | 2 | | 2 | 2 | | | 2 TV |
| 317 | 2 | | 2 | 2 | | | 2 TV |
| 318 | 2 | | 2 | 2 | | | 2 TV |
| 319 | 2 | | 2 | 2 | | | 2 TV |
| 320 | 2 | | 2 | 2 | | | 2 TV |
| 321 | 2 | | 2 | 2 | | | 2 TV |
| 322 | 1 | | 1 | 1 | | | 1 TV |

B.R. Summerlin Property, LLC
Exhibit B-2

| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
|---|---|---|---|---|---|---|---|
| 323 | 1 | | 1 | 1 | | | 1 TV |
| 324 | 2 | | 2 | 2 | | | 2 TV |
| 325 | 2 | | 2 | 2 | | | 2 TV |
| 326 | 2 | | 2 | 2 | | | 2 TV |
| 327 | 2 | | 2 | 2 | | | 2 TV |
| 328 | 2 | | 2 | 2 | | | 2 TV |
| 329 | 2 | | 2 | 2 | | | 2 TV |
| 330 | 2 | | 2 | 2 | | | 1 TV |
| 331 | 2 | | 2 | 2 | | | 1 TV |
| 332 | 1 | | 1 | 1 | | | 1 TV |
| 333 | 2 | | 2 | 2 | | | 1 TV |
| 334 | | | | | | | 1 TV |

| Room # | Electric Bed | Crank Bed | Night Stand | Over the Bed Table | Small Chair | Large Chair | Other |
|---|---|---|---|---|---|---|---|
| 401 | 1 | | 1 | 1 | | | 1 TV |
| 402 | 2 | | 2 | 2 | | | 2 TV |
| 403 | 2 | | 2 | 2 | | | 2 TV |
| 404 | 2 | | 2 | 2 | | | 2 TV |
| 405 | 2 | | 2 | 2 | | | 2 TV |
| 406 | 2 | | 2 | 2 | | | 2 TV |
| 407 | 2 | | 2 | 2 | | | 2 TV |
| 408 | 2 | | 2 | 2 | | | 2 TV |
| 409 | 2 | | 2 | 2 | | | 2 TV |
| 410 | 1 | | 1 | 1 | | | 1 TV |
| 411 | 2 | | 2 | 2 | | | 2 TV |
| 412 | 2 | | 2 | 2 | | | 2 TV |
| 413 | 1 | | 1 | 1 | | | 1 TV |
| 414 | 2 | | 2 | 2 | | | 2 TV |
| 415 | 2 | | 2 | 2 | | | 1 TV |
| 416 | 2 | | 2 | 2 | | | 2 TV |
| 417 | 2 | | 2 | 2 | | | 1 TV |
| 418 | 2 | | 2 | 2 | | | 1 TV |
| 419 | 2 | | 2 | 2 | | | 1 TV |
| 420 | 1 | | 1 | 1 | | | 1 TV |
| 421 | 1 | | 1 | 1 | | | 1 TV |
| 422 | 2 | | 2 | 2 | | | 1 TV |
| 423 | 2 | | 2 | 2 | | | 2 TV |
| 424 | 2 | | 2 | 2 | | | 1 TV |
| 425 | 2 | | 2 | 2 | | | 1 TV |
| 426 | 2 | | 2 | 2 | | | 2 TV |
| 427 | 2 | | 2 | 2 | | | 1 TV |
| | | | | | | | 2 soafas and a table and 4 chairs |

B6C (Official Form 6C) (4/10)

In re      **B.R. Summerlin Property, LLC**                                    Case No. *11-10148-MKN*
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                              *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **B.R. Summerlin Property, LLC**                                              Case No. _11-10148-MKN_
                                                                          ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **The Heights of Summerlin - real and personal property** | | | | | |
| **Greystone Bank 152 W. 57th St. New York, NY 10019** | - | | | | | | | | |
| | | | | Value $         23,066,150.62 | | | | 14,928,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 14,928,000.00 | 0.00 |
| | | | | Total (Report on Summary of Schedules) | | | | 14,928,000.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **B.R. Summerlin Property, LLC**                                    Case No. _11-10148-MKN_
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

___

*  *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                           **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **B.R. Summerlin Property, LLC**                              Case No. _11-10148-MKN_
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Esquire Deposition Solutions PO Box 79509 City of Industry, CA 91716 | - | | | | | | | 1,477.65 |
| Account No. | | | | Legal Services | | | | |
| Gibbs, Giden, Locher, Turner & Senet 1880 Century Park East 12th Floor Los Angeles, CA 90067 | - | | | | | | | 58,897.71 |
| Account No. | | | | Trade debt | | | | |
| JAMS P.O. Box 51285 Los Angeles, CA 90051 | - | | | | | | | 5,727.64 |
| Account No. | | | | Tenant Deposit | | | | |
| Leasehold Resource Group 27442 Portola Pkwy., Ste. 200 Foothill Ranch, CA 92610 | - | | | | | X | | 420,000.00 |

| _1_   continuation sheets attached | Subtotal (Total of this page) | 486,103.00 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:24633-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.R. Summerlin Property, LLC**                            Case No. _11-10148-MKN_
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Sub-Tenant | | | | |
| **The Heights of Summerlin, LLC 27442 Portola Pkwy, Ste. 200 Foothill Ranch, CA 92610** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 486,103.00 |

B6G (Official Form 6G) (12/07)

In re    **B.R. Summerlin Property, LLC**         Case No. _11- 10148- MKN_
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Leasehold Resource Group**<br>**27442 Portola Pkwy., Ste. 200**<br>**Foothill Ranch, CA 92610** | **Commercial Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **B.R. Summerlin Property, LLC**                                          Case No.    _11-10148-MKN_
                                                               ,
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Bernard Rosenson**<br>**22900 Ventura Blvd.**<br>**Woodland Hills, CA 91364**<br>  **Personal Guarantor** | **Greystone Bank**<br>**152 W. 57th St.**<br>**New York, NY 10019** |
| **Cynthia Rosenson**<br>**22900 Ventura Blvd.**<br>**Woodland Hills, CA 91364**<br>  **Personal Guarantor** | **Greystone Bank**<br>**152 W. 57th St.**<br>**New York, NY 10019** |

**0**
____  continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **B.R. Summerlin Property, LLC**                                    Case No.   *11-10148-MKN*
                                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **B.R. Summerlin Property, LLC**                                    Case No.  *11-10148-MKN*
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 0.00 |
| b.   Average monthly expenses from Line 18 above | | $ 0.00 |
| c.   Monthly net income (a. minus b.) | | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **B.R. Summerlin Property, LLC**                  Case No.   _11-10148-MKN_

                               Debtor(s)               Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __1│9│11__                 Signature   _____

                                          **Bernard Rosenson**
                                          **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re   **B.R. Summerlin Property, LLC**

Debtor(s)

Case No.   *11-10148-MKN*

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,260,382.44** | **Operations/Income Statement: 09-30-10** |
| **$1,317,760.93** | **Operations/Income Statement: 12-31-09** |
| **$1,325,463.16** | **Operations/Income Statement: 12-31-08** |

2

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$175,000.00** | **Proceeds from lawsuit** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Christopher Hyldahl<br>Marcus & Millichap<br>12100 W. Olympic Boulevard<br>Suite 350<br>Los Angeles, CA 90064** | **12/15/2010** | **$1,000.00** | **$0.00** |
| **Esquire Deposition Solutions<br>PO Box 79509<br>City of Industry, CA 91716** | **10/07/2010** | **$9,476.33** | **$1,477.65** |
| **Gibbs Giden Locher & Turner, LLP<br>3993 Howard Hughes Parkway<br>Ninth Floor<br>Las Vegas, NV 89169** | **11/02/2010<br>12/02/2010** | **$30,000.00** | **$58,897.71** |
| **Gordon Silver<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89169** | **01/05/2011** | **$40,000.00** | **$0.00** |
| **Harland Clarke Check Printing<br>10931 Laureate Drive<br>San Antonio, TX 78249** | | **$28.74** | **$0.00** |
| **JAMS<br>P.O. Box 51285<br>Los Angeles, CA 90051** | **10/22/2010<br>11/16/2010<br>12/15/2010** | **$1,500.00** | **$5,727.64** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Law Offices of Thomas J. Pabst** **3436 N. Verdugo Road** **Suiet 220** **Glendale, CA 91208** | **10/22/2010** | **$315.00** | **$0.00** |
| **Striegel Associates, LLC** **6720 East Camino Principal** **Suite 201** **Tucson, AZ 85715** | **10/22/2010** **11/16/2010** **11/26/2010** | **$11,747.50** | **$0.00** |
| **Wells Fargo** **21108 Ventura Boulevard** **Woodland Hills, CA 91364** | **11/30/2010** **12/31/2010** | **$27.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit SOFA 3C Attached** | | **$0.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **B.R. Summerlin Property, LLC v. Vestin Fund I, LLC, et al., Case No. A513586** | **Complaint for Construction Defect** | **Department 19, Eighth Judicial District Court, District of Nevada, 200 Lewis Avenue, Las Vegas, Nevada  89155** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B.R. SUMMERLIN PROPERTY LLC
Exhibit SOFA 3C

| DATE | COMPANY | DESCRIPTION | MONEY PUT INTO BR SUMMERLIN BY INSIDERS | EXPENSES PAID ON BEHALF OF BR SUMMERLIN | MANAGEMENT FEES | FROM BR SUMMERLIN TO INSIDERS |
|---|---|---|---|---|---|---|
| 1/5/2010 | B.R. LAWNDALE PLAZA | CHECK #1455 | | | | $ 83,000.00 |
| 1/5/2010 | PINE STREET PROPERTY | CHECK #1457 | | | | $ 5,000.00 |
| 1/5/2010 | B.R. LOS OLIVOS | CHECK #1456 | | | | $ 6,000.00 |
| 1/7/2010 | B.R. VENTURA PROPERTY | CHECK # 1458 | | | | $ 9,000.00 |
| 1/7/2010 | BERNARD ROSENSON | DEPOSIT INTO B.R. SUMMERLIN | $ 110,000.00 | | | |
| 1/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,320.00 | |
| 2/1/2010 | SIGN OF THE DOVE | CHECK #1462 | | | | $ 39,000.00 |
| 2/4/2010 | B.R. MIDLAND CENTER | CHECK # 1465 | | | | $ 11,250.00 |
| 2/4/2010 | B.R. MAYFAIR CENTER | CHECK # 1464 | | | | $ 44,000.00 |
| 2/4/2010 | B.R. MARKETPLACE | CHECK #1463 | | | | $ 38,100.00 |
| 2/4/2010 | B.R. LAWNDALE PLAZA | CHECK # 1466 | | | | $ 17,600.00 |
| 2/17/2010 | THE SKY ROOM | DEPOSIT INTO B.R. SUMMERLIN | $ 3,000.00 | | | |
| 2/19/2010 | BERNARD'S GALLERY | DEPOSIT INTO B.R. SUMMERLIN | $ 15,000.00 | | | |
| 2/19/2010 | BERNARD'S | DEPOSIT INTO B.R. SUMMERLIN | $ 6,000.00 | | | |
| 2/19/2010 | B.R. MIDLAND CENTER | DEPOSIT INTO B.R. SUMMERLIN | $ 1,000.00 | | | |
| 2/19/2010 | B.R.MARKETPLACE | DEPOSIT INTO B.R. SUMMERLIN | $ 4,500.00 | | | |
| 2/19/2010 | B.R. KETTERING TOWNE CENTER | DEPOSIT INTO B.R. SUMMERLIN | $ 6,000.00 | | | |
| 2/19/2010 | B.R. LAWNDALE PLAZA | DEPOSIT INTO B.R. SUMMERLIN | $ 33,500.00 | | | |
| 2/26/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 10,000.00 | | |
| 2/28/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,320.00 | |
| 3/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,320.00 | |
| 4/16/2010 | SIGN OF THE DOVE | CHECK #1472 | | | | $ 2,200.00 |
| 4/28/2010 | B.R. VENTURA PROPERTY | CHECK # 1473 | | | | $ 43,000.00 |
| 4/29/2010 | THE SKY ROOM | CHECK # 1476 | | | | $ 12,000.00 |
| 4/30/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 5/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 6/30/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 7/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 8/6/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 20,000.00 | | |
| 8/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 9/7/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 18,212.50 | | |
| 9/30/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 9/30/2010 | SIGN OF THE DOVE | LEWIS & ROCA | | $ 10,000.00 | | |
| 10/1/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 15,000.00 | | |
| 10/7/2010 | ESQUIRE | ROSENSON- AMERICAN EXPRESS | | $ 9,476.33 | | |
| 10/26/2010 | B.R. KETTERING TOWNE CENTER | DEPOSIT INTO B.R. SUMMERLIN | $ 3,000.00 | | | |
| 10/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 11/2/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 15,000.00 | | |
| 11/16/2010 | B.R. PLAZA REGENCY | DEPOSIT INTO B.R. SUMMERLIN | $ 3,500.00 | | | |
| 11/29/2010 | BERNARD'S | DEPOSIT INTO B.R. SUMMERLIN | $ 2,200.00 | | | |
| 11/30/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 12/2/2010 | ROSENSON- AMERICAN EXPRESS ACCOUNT | GIBBS, GIDEN, LOCHER, TURNER | | $ 15,000.00 | | |
| 12/20/2010 | BERNARD'S | DEPOSIT INTO B.R. SUMMERLIN | $ 2,500.00 | | | |
| 12/31/2010 | SIGN OF THE DOVE | MANAGEMENT FEE | | | $ 3,391.00 | |
| 1/5/2011 | SIGN OF THE DOVE | GORDON & SILVER LTD | | $ 40,000.00 | | |
| | TOTAL | | $ 190,200.00 | $ 152,888.83 | $ 40,479.00 | $ 310,150.00 |
| | NET TRANSFERS INTO B.R. SUMMERLIN | 1/5/10-1/5/11 | $ 73,217.83 | | | |

1/18/2011

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gordon Silver** **3960 Howard Hughes Parkway, 9th Floor** **Las Vegas, NV 89169** | **01/05/2011. Payment made by affiliate of Debtor, Sign of the Dove.** | **$4,955.00. $35,045 is remaining on retainer.** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

5

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**21108 Ventura Boulevard**<br>**Woodland Hills, CA 91364** | **Checking account xxxxxx1580** | **$2,150.62 transferred to DIP account on 01/14/2011.** |

---

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **David Borovay** **22900 Ventura Boulevard** **Suite 200** **Woodland Hills, CA 91364** | **2007 - 2011** |
| **Gary Pollack** **22900 Ventura Boulevard** **Suite 255** **Woodland Hills, CA 91364** | **2004 - 2011** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **David Borovay** | **22900 Ventura Boulevard** **Suite 200** **Woodland Hills, CA 91364** | **2007 - 2011** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **David Borovay** | **22900 Ventura Boulevard** **Suite 200** **Woodland Hills, CA 91364** |
| **Gary Pollack** | **22900 Ventura Boulevard** **Woodland Hills, CA 91364** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Keystone Commercial Capital**<br>**2525 East Camelback Road**<br>**Suite 570**<br>**Phoenix, AZ 85016** | **04/07/2010** |
| **Dominion Corporation**<br>**113355 West Olympic Boulevard**<br>**Suite 210**<br>**Los Angeles, CA 90064** | **06/09/2010** |
| **Kennedy Mortgage Corp**<br>**2075 Hidden Hollow Lane**<br>**Henderson, NV 89012** | **11/18/2010** |
| **CRC Inc.**<br>**23586 Calabasas Road**<br>**Suite 100**<br>**Calabasas, CA 91302** | **07/09/2009** |
| **Marcus & Millichap Capital Corporation**<br>**One World Trade Center**<br>**Suite 2100**<br>**Long Beach, CA 90831** | **12/21/2009** |
| **Greystone Bank**<br>**152 W. 57th St.**<br>**New York, NY 10019** | **03/10** |
| **Lender Resources**<br>**40 South River Road**<br>**Suite 22**<br>**Bedford, NH 03100** | **09/23/2009** |
| **JJ Capital, Inc.**<br>**1613 Chelsea Road**<br>**#178**<br>**San Marino, CA 91108** | **11/03/2010** |

---

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

9

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bernard Rosenson**<br>**22900 Ventura Boulevard**<br>**Suite 200**<br>**Woodland Hills, CA 91364** | | **100% Membership** |
| **Cynthia Rosenson**<br>**22900 Ventura Boulevard**<br>**Suite 250**<br>**Woodland Hills, CA 91364** | | **100% Membership** |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____1 / 19 / 11_____          Signature _____

Bernard Rosenson
Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re  **B.R. Summerlin Property, LLC**

Debtor(s)

Case No. _11-10148-MKN_

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,955.00 |
| Prior to the filing of this statement I have received | $ | 4,955.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Debtor's affiliate**

3.  The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):   **Debtor's affiliate(s) or members**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. [Other provisions as needed]
   **Render services to the debtor-in-possession as more fully set forth in Gordon Silver's employment application.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _1/19/2011_

**Gabrielle A. Hamm, Esq. Nevada Bar 11588**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

---

## United States Bankruptcy Court
### District of Nevada

In re    B.R. Summerlin Property, LLC

Case No. _11 - 10148 - MKN_

_____
                    Debtor

Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bernard Rosenson**<br>**22900 Ventura Boulevard**<br>**Suite 200**<br>**Woodland Hills, CA 91364** | **Member** | **100%** | **Membership** |
| **Cynthia Rosenson**<br>**22900 Ventura Boulevard**<br>**Suite 200**<br>**Woodland Hills, CA 91364** | **Member** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___1/19/11_____    Signature_____
                                                        **Bernard Rosenson**
                                                        **Managing Member**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Nevada

In re  B.R. Summerlin Property, LLC _____  Case No. *11-10148-MKN*
                                    Debtor(s)                      Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **B.R. Summerlin Property, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____*1/19/2011*_____                          _____*Gabriel A. Hamm*_____
Date                                            **Gabrielle A. Hamm, Esq. Nevada Bar 11588**
                                                Signature of Attorney or Litigant
                                                Counsel for  **B.R. Summerlin Property, LLC**
                                                **Gordon Silver**
                                                **3960 Howard Hughes Parkway**
                                                **Ninth Floor**
                                                **Las Vegas, NV 89169**
                                                **(702) 796-5555**